IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD Y. OBENG )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v )<br>)<br>)<br>)<br>DELAWARE POLICE (COUNTY/STATE) )<br>FEDERAL BUREAU OF INVESTIGATION )<br>(FBI) )<br>)<br>)<br>Defendants ) | CIVIL ACTION No.<br><br>04-1248 (GMS) |

## MOTION TO REOPEN CIVIL ACTION CASE No. 04-1248(GMS)

**Introduction:**
   On September 9, 2004, Richard Y. Obeng (Plaintiff) filed a pro se action against the Delaware Police (County/State), and the Federal Bureau of Investigations (the "FBI") collectively, the "defendants").
   In his complaint, the plaintiff alleges that the defendants, have since 1999 engaged in an elaborate and unlawful series of engagements designed to encroach on the plaintiff's privacy and civil rights, as well as other unlawful and despicable acts. The plaintiff seeks-
1. Punitive and compensatory damages from the defendants ($15 million).
   - 2million @ 6 years this has been going on!
   - 3million for the emotional and physical pain my wife went thru during termination of her pregnancy!
2. Injunction restraining the defendants from further carrying out fiendish, despicable, and unlawful acts of aggression in violation of plaintiff's civil rights.
3. Defendants should hand over any information on activities of harassment that have been perpetrated against the plaintiff pursuant to the freedom of information act.

The defendants filed motion to dismiss the case I brought against them.

I am filing a <u>motion to reopen</u> civil action case No. 04-1248 since previous and current allegations have assumed monstrous proportions. I will also need legal assistance from the court in this civil action lawsuit.

Richard Obeng