IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD Y. OBENG )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v )<br>)<br>)<br>)<br>DELAWARE POLICE (COUNTY/STATE) )<br>FEDERAL BUREAU OF INVESTIGATION )<br>(FBI) )<br>)<br>)<br>Defendants ) | CIVIL ACTION No.<br><br>04-1248 (GMS) |

## MOTION TO SERVE THREE INDIVIDUALS WITH SUBPOENAS

Introduction:
   On September 9, 2004, Richard Y. Obeng (Plaintiff) filed a pro se action against the Delaware Police (County/State), and the Federal Bureau of Investigations (the "FBI") collectively, the "defendants").
The defendants had since filed motions to dismiss the case I brought against them. The judge concurred with reasons spelt out in the motion to dismiss case.

I am filing a motion to reopen civil action No. 04-1248. During the case deliberations, I would like to serve three individuals with subpoenas.
Thank you


Sincerely,


Richard Obeng
06-28-2006