From: Richard Y. Obeng  
P.O. Box 10144  
Wilmington, DE 19850  
(302) 325-2067  
richardyobeng@yahoo.com

6/30/2006

04-1248 (GMS)

Re: Suppression of individual inalienable civil rights

Legal expert:

Several months ago while I was domiciled in Atlanta I requested a legal counsel concerning certain flagrant, outrageous, and reprehensible acts of individual rights suppression being perpetrated against me. Your response to my request, if I remember, was that I lived outside the area of your legal focus. Since then, the issues I raised with you have assumed monstrous proportions, to say the least. These criminal and fiendish acts being perpetrated against my family and me have become worse.

Ever since I arrived here in Delaware ten months ago there has been a consistent campaign to harass and to suppress my individual inalienable rights.

The cable company, Comcast and telephone company, Verizon, are being used as tools for this cowardly and criminal acts. This must stop immediately!
The crux of the matter is that, I have done absolutely nothing to deserve this kind of fiendish treatment. And this un-American behavior has been going on with impunity for six successive years. The Bill of Rights apply to all citizens and residents of the United States, but in my case it has been really scary, to say the least!

Let me amplify a little bit on exactly what has been going on! I must emphasize that this suppression of my rights started in Georgia, and, it is as if a file detailing exactly what has been meted out to me has been forwarded to the law enforcement agencies in Delaware to enable them continue with this criminal treachery.
- My telephone is tapped so that whenever I applied for a job opening(s), these hate group(s) call the companies and tell them to deny me a job. Even my request for legal help is thwarted by these criminals. They slander and drag my reputation in the mud with impunity. I am disgusted by what is going on.
- My cable TV is a window to the world. When I switch on my TV for any live telecast, people in the studios and other locations are able to see me in my room. This is a criminal, and gross invasion of my privacy!
- Electronic "Bugs" may have been planted in my apartment, the car I drive, so that whatever privacy information captured is illegally twisted and divulged to the public.
- My job search on the internet is tracked and thwarted by these same hate groups to the extend that I am still out of job even though I graduated summa cum laude in college, and I also have a graduate degree in business.
- My prescription medications are continually being tampered with. This is really scary!!
- Sir, listening devices, transmitters, and cameras were planted in my apartment to encroach on my family's privacy. Whatever happened in the four corners of my

- room got out on the street! My good name has been destroyed and it is getting worse.
- And there is lot and lot and lot of these cowardly, despicable, and fiendish acts to say………(PLEASE CALL ME AT (302) 325-4286 FOR FURTHER ELABORATION!).
- I strongly suspect that the defendants are also suppressing my access to **legal** help to the extent the lots of attorneys are turning down my request for representation in the court system in Delaware .

It is not difficult to conduct your own investigations to substantiate these allegations. In fact, it is not difficult to substantiate these allegations since I suspect many residents in my locality already know about these criminal acts!
I am a naturalized citizen of the United States, and all that I want is a treatment as such. "Man has rights!!!" I want equal and unequivocal access to a decent way of life! I want all those wire tapping and bugs removed from my surroundings! I want the consistent attempts to deny me employment, efforts to thwart my job search and other criminal acts stopped immediately! I want equal access to opportunities so I can work hard and contribute to this nation, as well as take care of my children and family.

Sir, I need to meet with you or representative ASAP via telephone to discuss my plight and predicament. I entreat you to use your fertile legal mind to help me stop this illegal, outrageous, and reprehensible acts by some hateful Americans against a decent and innocent citizen. I have a lot of other issues I will bring up during a meeting with you or a representative. I don't think any American or individual should have to go through this treachery I have been going through! I want the bill or rights, as enshrined in the Constitution, to be upheld in my case! This is an absolute encroachment on my privacy, consistent harassment, slander, and suppression of my individual inalienable rights. I have done nothing to deserve this!!.

Sir, I have followed your legal accomplishments over the past several years all across the United States with interest! **God will bless you abundantly if you take up this case!**

PLEASE DON'T SAY NO TO ME THIS TIME! I AM COUNTING ON YOUR INTERVENTION AND ACTION!! RESPOND IN EARNEST.


**ADDENDUM:**

The defendants are using fiendish acts to perpetrate their nefarious activities against the plaintiff.
They have resulted to the use of "voodoo" to achieve their evil aims. They are using these dark forces to defile my body and to inflict pain at various parts of my body.
- These criminals use these dark forces to abnormally drive my blood pressure up (280/210) causing "stroke" on June 30 2005. I will have to subpoena certain people to testify under oath.
- The defendants may have used fiendish means to terminate my wife's pregnancy causing her miscarriage.

- The defendants use "voodoo" to try to control my thought process; able to tell what is going thru my mind! They profile my behavior using these uncivilized, illegal means.
- I was institutionalized at a mental institution in 2004 for what I believe was inflicted on me thru this "voodoo" contact point
- The defendants continually inflict pain to my body by using this demonic "voodoo" contact points to gain access to my body.
- There are several scary things being perpetrated by the defendants against me via this "voodoo occult" contact points

Very truly,
Richard Y. Obeng