OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:**  July 10, 2006

**TO:**  **Richard Y. Obeng**

**RE:**  **Obeng v. Comcast, 04-1248 GMS**
**Filings dated June 30, 2006 (D.I. Nos. 13-16)**

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does
not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic
Means, or other local rules/practices.  **The Court will take no action on the filed document until the
following discrepancies are corrected:**

☐  Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings
(e.g. Brief, Appendix).

☐  Courtesy copy not received by next business day.

☐  Redacted copy of sealed document not received within 5 business days.

☐  Pro Hac Vice fee not yet paid.

☐  The attorney account used for filing a document does not agree with the signature (either
electronic or /s/) on the document.

**X**  **Certificate of Service not included with the document.**

☐  Discovery document(s) erroneously filed:  DI# _____ will be removed from the docket.

☐  7.1.1 statement required with non-dispositive motions was not included with the document.

☐  Request for extension of discovery or trial deadline lacks proof of notification to the client,
or lacks the reasons for the request.

☐  Brief exceeds the page limitations  _____ _____.

☐  Brief does not include a paginated table of contents/citations.

☐  Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do
not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐  Document  not in PDF format.  Provide disk/CD with document in PDF format.

☐  Document not readable in PDF reader , or ☐ appears to be missing pages.

If there are any questions concerning this matter, please do not hesitate to contact this office. Also,
*ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:  Assigned Judge

(Rev. 5/05)

Deputy Clerk