IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD Y. OBENG ) | |
| ) | CIVIL ACTION NO. |
| ) | 04-1248 (GMS) |
| Plaintiff, ) | |
| ) | |
| V ) | |
| ) | |
| • FEDERAL BUREAU OF INVESTIGATION (FBI) ) | |
| • COMCAST CABLE ) | |
| ) | |
| Defendants ) | |

FILED
OCT – 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION TO REOPEN CIVIL ACTION CASE NO. 04-1248(GMS)

**Introduction:**

On September 9, 2004, Richard Y. Obeng (Plaintiff) filed a pro se action against the Federal Bureau of
Investigations (the "FBI", and Comcast Cable collectively, the "Defendants".

In his complaint, the plaintiff alleges that the defendants, have since 1999 have been involved in an elaborate and unlawful series of engagements designed to encroach on the plaintiff's privacy and civil rights, as well as other unlawful and despicable acts. The plaintiff
seeks the following:

1. Punitive and compensatory damages from the defendants (US$15million).
  - U.S.$2 million @ 6 years this has been going on!
  - U.S.$3 million for the emotional and physical pain my wife through during pregnancy and termination of her pregnancy!
2. Injunction re4straining the defendants from further carrying out fiendish, despicable, and unlawful acts of aggression in violation of
    plaintiff's civil rights.
3. Defendants should hand over to the court all information on activities of harassment that have been perpetrated against the plaintiff pursuant to the freedom of information act.

The plaintiff is filing a motion to reopen the civil action case No. 04-1248, since previous and current allegations have assumed monstrous proportions, to say the least. I will also need legal assistance from the court in this civil action lawsuit.

I have served the defendants with this civil action lawsuit.

Sincerely,

*[signature]*

Richard Obeng

