IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD Y. OBENG | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 04-1248 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| V | ) | |
| | ) | |
| •DELAWARE STATE POLICE | ) | |
| •FEDERAL BUREAU OF INVESTIGATION (FBI) | ) | |
| •COMCAST CABLE | ) | |
| | ) | |
| Defendants | ) | |

## AMENDED MOTION TO REOPEN CIVIL ACTION CASE NO. 04-1248(GMS)

**Introduction:**

On September 9, 2004, Richard Y. Obeng (Plaintiff) filed a pro se action against the Federal Bureau of Investigations (the "FBI", and Comcast Cable collectively, the "Defendants".

In his complaint, the plaintiff alleges that the defendants have since 1999 have been involved in an elaborate and unlawful series of engagements designed to encroach on the plaintiff's privacy and civil rights, as well as other unlawful and despicable acts. The plaintiff
seeks the following:
1. Punitive and compensatory damages from the defendants (US$15million).
- U.S.$2 million @ 6 years this has been going on!
- U.S.$3 million for the emotional and physical pain my wife through during pregnancy and termination of her pregnancy!
2. Injunction restraining the defendants from further carrying out this fiendish, despicable, and unlawful, acts of aggression in violation of Plaintiff's civil rights.
3. Defendants should hand over to the court all information on activities of harassment that have been perpetrated against the plaintiff pursuant to the freedom of information act.

The plaintiff is filing a motion to reopen the civil action case No. 04-1248, since previous and current allegations have assumed monstrous proportions, to say the least. I will also need legal assistance from the court in this civil action lawsuit.

**I have the service agreement by serving the defendants with this civil action lawsuit.**

Richard Obeng
1710 Christiana Meadows
Bear, DE 19701

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 6TH DAY OF OCTOBER, 2006, UPON THE FOLLOWING AS INDICATED.

### BY HAND

PATRICIA C. HANNIGAN
THE U.S. ATTORNEY'S OFFICE
THE NEMOURS BLDG
1007 ORANGE STREET, SUITE 700
P.O. BOX 2046
WILMINGTON, DE 19899-2046

RICHARD Y. OBENG
PRO-SE
1710 CHRISTIANA MDWS
BEAR, DE 19701

# CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 6TH DAY OF OCTOBER, 2006, UPON THE FOLLOWING IN THE MANNER INDICATED AS:

**BY HAND**

STATE ATTORNEY GENERAL OFFICE
DELAWARE POLICE
CARVEL STATE OFFICE BLDG.
820 N. FRENCH STREET
WILMINGTON, DE 19801


_____

RICHARD Y. OPENG PRO SE
1710 CHRISTIANA MEWS
BEAR, DE 19701

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 6TH DAY OF OCTOBER, 2006, UPON THE FOLLOWING AS INDICATED:

### BY HAND

SUSAN W. WAESCO
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899

RICHARD OBENG
PRO SE
1710 CHRISTIANA
BEAR, DE 19701