RICHARD OBENG
1710 CHRISTIANA MEWS
BEAR, DE 19701

10-27-06

TO: HONORABLE GREGORY M. SLEET

RE: RESPONSE TO MOTION TO SEEK LEGAL ASSISTANCE VIS-A-VIS CIVIL ACTION NO. 04-1248-GMS.

DEAR HONORABLE GREGORY SLEET,

    I HAD REQUESTED A LAWYER TO HELP ME, IN A CASE (NO. 04-1248 GMS) AGAINST THE FBI, COMCAST, AND DELAWARE POLICE.
    I URGENTLY NEED LEGAL ASSISTANCE AND ENTREAT YOU TO RULE

ON THAT MOTION FOR LEGAL ASSISTANCE

THANK YOU.

Sincerely

Richard Bento