

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

2007 AUG -2 AM 8:52

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

OBENG et al

DISTRICT COURT
DOCKET NUMBER: 1-04-CV-01248-GMS

v.

DE POLICE, FBI,
COMCAST CABLE

DISTRICT COURT
JUDGE: HON. GREGORY M. SLEET

Notice is hereby given that ___RICHARD OBENG___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[✓] Other (specify) PLAINTIFF REQUEST FOR COUNSEL
IS DENIED AS MOOT

entered in this action on _____ (date).

DATED: 5/7/07

N/A
(Counsel for Appellant-Signature)

N/A PRO SE                           N/A
(Name of Counsel - Typed)            (Counsel for Appellee)

(Address)                            (Address)
1715 CHRISTIANA MDWS
BEAR DE 19701
(Telephone Number)                   (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.