UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 7-3375</u>

Obeng

vs.

DE State Pol, et al.

Richard Y. Obeng, Appellant

(Delaware District Civil No. 04-cv-01248)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

Marcia M. Waldron
Clerk

Date: September 27, 2007

cc:
    Richard Y. Obeng
    Susan W. Waesco, Esq.
    Patricia C. Hannigan, Esq.